```
                                                    FILED
                                              US DISTRICT COURT
                                              DISTRICT OF NEBRASKA

                                                  JUL 2 5 2007
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07MJ120 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| KHA MANH NGUYEN, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on Defendant's oral Motion for Noncustodial Transportation. Defendant is indigent and is in need of noncustodial transportation, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the U.S. Marshal shall provide noncustodial transportation for Defendant from Omaha, Nebraska to San Jose, California.

DATED this _25_ day of July, 2007.

BY THE COURT:

_____
HON. F. A. GOSSETT, III
United States Magistrate Judge